AO 91 (Rev. 11/11)  Criminal Complaint

**FILED
WILLIAMSPORT**

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

APR 1 1 2017

Per_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Jacob Mark Robards, aka Jacob Robards, Boots<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 4:17-mj-029<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 17, 2017__ in the county of __Monroe__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841 & 846 | Attempted and/or Conspired to Unlawfully Possess, Distribute, and Possess with Intent to Distribute a Controlled Substance, specifically Methamphetamine, a Schedule I Controlled Substance. |
| Title 18 USC 1952 | Interstate Travel in Aid of Racketeering Activities. |
| Title 18 USC 1956(a)(3)(B) & (h) | Money Laundering and Conspiracy to Commit Money Laundering. |

This criminal complaint is based on these facts:
Refer to the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kyle D. Moore, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/11/17

_____
*Judge's signature*

City and state: Wmspt, PA      William Arbuckle   USMJ
*Printed name and title*